

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-16-00038-CV

**CITY OF FLORESVILLE, TEXAS**, City of Floresville City Council, City of Floresville City Planning and Zoning Committee, and the Wilson County Appraisal District,
Appellants

v.

**STARNES INVESTMENT GROUP, LLC**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 15-06-0367-CVW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellee has filed a motion for extension of time to file its brief, requesting an extension to April 26, 2016. Appellee's motion is granted. Appellee's brief is due April 26, 2016. If appellee's brief is not filed by April 26, 2016, this appeal will be set "at issue" and will be set for submission without an appellee's brief.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court